460 A.2d 366

Commonwealth v. Campbell, Appellant.

Reargument Denied June 3, 1983.

Petition for Allowance of Appeal
Denied Sept. 21, 1983.

Argued June 16, 1982.   Charles F. Gilchrest, for appellant; Edward R. Niederriter, for Commonwealth, appellee.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

Judgment of sentence is affirmed.